E-FILED
TARRANT COUNTY, TEXAS
3/3/2021 3:42 PM
Mary Louise Nicholson
COUNTY CLERK
BY: K.R. E.

No. _____

|  |  |  |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
|  | § | |
| **v.** | § | **AT LAW NO. _____** |
|  | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

<u>PLAINTIFF'S ORIGINAL PETITION</u>

Plaintiff, MICHELLE  FERRELL, files this original petition against Defendant, SAM'S CLUB, and alleges as follows:

### A. DISCOVERY-CONTROL PLAN

1.      Plaintiff intends to conduct discovery under the expedited actions process found in the Texas Rule of Civil Procedure 190.2.

### B. CLAIM FOR RELIEF UNDER RULE 47 T.R.C.P

2.      Plaintiff seeks monetary relief of $250,000 or less.

### C. PARTIES AND SERVICE

3.      Plaintiff, MICHELLE  FERRELL, is an individual residing in Tarrant County.

4.      Defendant, SAM'S CLUB, an entity, may be served through its registered agent CT Corporation System, 1999 Bryan St. #900, Dallas, TX 75201, or wherever Defendant may be found.

### D. JURISDICTION AND VENUE

5.      The subject matter in controversy is within the jurisdictional limits of this court.

EXHIBIT C

6.      Venue is proper in Tarrant County under the Texas Civil Practice & Remedies Code

Section 15.002, because all or a substantial part of the events or omissions giving rise to the

claim occurred in Tarrant County.

## E. FACTS

7.      On March 3, 2020, at 6375 NE Loop 820, North Richland Hills, in Tarrant County,

Texas, Plaintiff slipped and fell at Sam's Club on a slippery substance on the floor.

8.      Plaintiff sustained painful personal injuries due to the fall.

## F. NEGLIGENCE OF DEFENDANT

9.      At all times material hereto, Defendants, acting through their personnel, agents, and

employees, created an unreasonable risk of harm on its premises of which it knew or should have

known, and failed to use reasonable care to correct or warn Plaintiff of the condition. As a

proximate result of Defendants' negligence, Plaintiff suffered the serious personal injuries

complained of herein.

## G. PREMISES LIABILITY

10.     Defendants owed Plaintiff a duty to exercise ordinary care to keep the premises in

reasonably safe condition, inspect the premises to discover latent defects, and to make safe any

defects or give an adequate warning of any dangers.

11.     Defendants' conduct, and that of their agents, servants, and employees, acting within the

scope of their employment, constituted a breach of the duty of ordinary care owed to Plaintiff.

Defendants knew or should have known that the condition on its premises posed an unreasonable

risk of harm to Plaintiff. Defendants failed to exercise ordinary care to reduce or eliminate this

risk, or warn others regarding unreasonable risk of harm.

12.     Defendants had a duty to ensure the terrace where Plaintiff was injured was in good repair. Specifically, Defendants breached its duty in one or more of the following ways:

    a.     Failing to inspect the premises on a regular basis;

    b.     Failing to correct or warn of the dangerous condition created by the actions of its employees, and agents in allowing an unwarned dangerous condition to continue to exist;

    c.     Failing to place signs warning individuals;

    d.     Failing to provide adequate instructions to individuals on how to avoid injury;

    e.     Failing to exercise reasonable care in establishing and maintaining a premises free of recognized hazards;

    f.     Failing to supervise its agents, servants, and employees to ensure the safety of individuals visiting the premises; and

    g.     Failing to instruct or train its agents, servants, and employees to maintain a hazard free environment.

13.     Each of these acts and omissions, whether taken singularly or in any combination, was a proximate cause of Plaintiff's injuries and damages.


## H. RESPONDEAT SUPERIOR

14.     At all times material to this petition, the staff at the premises at issue were employees or agents of Defendants. The acts of the staff fall within the course and scope of employment with Defendants. Defendants are liable for the negligent acts and omissions of their employees and agents under the doctrine of vicarious liability or respondeat superior

15.     Plaintiff seeks damages within the jurisdictional limits of this Court.

16.     <u>Exemplary damages.</u> Plaintiff's injury resulted from Defendants' gross negligence, which entitles plaintiff to exemplary damages under Texas Civil Practice & Remedies Code section 41.003(a)(3).

## I. PREMISES CLAIM BY INVITEE

17.     Defendant was in possession of the premises at 6375 NE Loop 820, North Richland Hills on the date of the incident.

18.     Plaintiff entered defendant's premises in response to defendant's invitation and for their mutual benefit as a retail shopper.

19.     A condition on defendant's premises posed an unreasonable risk of harm. Specifically, slippery substance left on a hard- smooth floor within the store.

20.     Defendant knew or reasonably should have known of the slippery substance on the floor.

21.     Defendant had a duty to use ordinary care to ensure that the premises did not present a danger to its customers. This duty includes the duty to inspect and the duty to warn or to cure. Defendant breached the duty of ordinary care by failing to inspect, warn of, and clean the soap on the ground.

22.     Defendant's breach of duty proximately caused injury to plaintiff, which resulted in the following damages:

      a.     Physical pain in the past and future.

      b.     Disfigurement in the past and future.

      c.     Physical impairment in the past and future.

      d.     Medical expenses in the past and future.

      e.     Loss of household services in the past and future.

23.     Plaintiff seeks damages within the jurisdictional limits of this Court.

## J. DAMAGES

24.     As a proximate result of the negligence described above, Plaintiff was caused to suffer

severe bodily injuries and damages in the form of:

      a.     Physical pain in the past and future.

      b.     Mental anguish in the past and future.

      c.     Disfigurement in the past and future.

      d.     Physical impairment in the past and future.

      e.     Medical expenses in the past and future.

f.      Loss of earning capacity in the past and future.

g.      Loss of consortium in the past and future.

h.      Loss of household services in the past and future.

o.      Lost profits, which is the value for the loss of anticipated profits.

p.      Mental-anguish damages for egregious conduct.

25.      Plaintiff seeks damages within the jurisdictional limits of this Court.

## K. T.R.C.P. 193.7 NOTICE SELF AUTHENTICATION

26.      Plaintiff hereby gives notice, pursuant to Tex. R. Civ. P. 193.7, of Plaintiff's intent to utilize against the party producing same any document produced in response to written discovery served by this Plaintiff, and any documents exchanged provided between the parties (including but not limited to, correspondence, pleadings, records, and discovery responses) during the trial of this matter.

## L. DESIGNATED E-SERVICE ADDRESS

27.      The following is the undersigned attorney's designated e-service e-mail address for all documents and notices filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: e-service@ktclawfirm.com .  This is the undersigned's only e-service address and service through any other e-mail address will be considered invalid.

## M. PRAYER

28.      For these reasons, Plaintiff asks that the Court issue citation for Defendant to appear and answer, and that Plaintiff be awarded a judgment against Defendant for the following:

a.      Actual damages.

b.      Exemplary damages.

c.   Prejudgment and post judgment interest.

d.   Court costs.

e.   All other relief to which plaintiff is entitled.


Respectfully submitted,

**KELLY T. CURRAN LAW FIRM**


**MOSES CAGE III**
State Bar No. 24055247
Midtown Office Center
5720 LBJ Fwy., Ste. 440
Dallas, Texas 75240
Phone: (469) 730-3007
Fax:    (469) 458-2993
E-Service: e-service@ktclawfirm.com
E-mail: moses@ktclawfirm.com
ATTORNEY FOR PLAINTIFF(S)

**CAUSE NO:** **2021-000799-2**                                    **ORIGINAL CITATION**

## ORIGINAL PETITION



E-FILED
TARRANT COUNTY, TEXAS
2/16/2021 1:47 PM
MARY LOUISE NICHOLSON
COUNTY CLERK
BY: M. R.

### THE STATE OF TEXAS

**TO:** Sam's Club
or wherever Defendant may be found
b/s its Registered Agent, CT Corporation System
1999 Bryan Street, #900
Dallas TX 75201
**Defendant** in the hereinafter styled and numbered cause.

You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days from the date of service of this citation in the County Court at Law No. 2 of Tarrant County, Texas, at the Courthouse located at 100 WEST WEATHERFORD ST., Fort Worth, Texas 76196. The **Original Petition** was filed on **February 03, 2021** and is numbered **2021-000799-2**. The case style is:

### Michelle Ferrell
**vs**
### Sam's Club

A true copy of the above-described **Original Petition** accompanies and is made a part of this citation.

Plaintiff Attorney is:     Moses Cage, III
Midtown Office Center
5720 LBJ Frwy
Suite 440
Dallas TX 75240
Phone: 469-730-3007              Bar No.24055247

---

**\*\*\* NOTICE TO DEFENDANT \*\*\***
**YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DOES NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG**

---

Issued under my hand and seal of this court on February 03, 2021 at Fort Worth, Texas, by Katherine Edwards, Clerk of the County Courts at Law court.

**MARY LOUISE NICHOLSON**, COUNTY CLERK
Tarrant County, Texas
County Court at Law No. 2
100 W. Weatherford St., Room 250
Fort Worth, Texas 76196-0401

By
Katherine Edwards, Deputy Clerk



**OFFICER/AUTHORIZED PERSON RETURN FOR CORPORATIONS**

Received on the _3_ day of _Feb_ , 20 _2?_ at _12 P_ M., and executed the same in _dallas_ County of _tx_ (State) on the _11_ day of _feb_ 20 _21_ at _1250_ M., by summoning _sam's Club_ a corporation, by delivering to _Ct Corp systems_ President, Vice-President, (Registered Agent) (circle one). in person, of the said _1999 bryan st dallas tx_ , defendant, a true and correct copy of this citation, together with an attached copy of the **Plaintiff's Original Petition**, with the date of service marked thereon.

Total Service Fees:   _Patricia J. Hololeas 11623  8-00_   Sheriff/Constable
(Authorized Person)
$ _75.00_   County, Texas

By _____, Deputy
(If Applicable)

SUBSCRIBED AND SWORN TO BEFORE ME on the _12_ day of _February_ , 20 _21_ , to certify which witness my hand and official seal.

_Jacqueline Rendon_

Notary Public in and for _Dallas_ County, _TX_ (State). My Commission expires _08/13/2024_

---

## ORIGINAL CITATION

CAUSE NO: 2021-000799-2

JACQUELINE RENDON CERVANTEZ
Notary Public, State of Texas
Comm. Expires 08-13-2024
Notary ID 132623008

Michelle Ferrell

vs.

Sam's Club
or wherever Defendant may be found
b/s its Registered Agent, CT Corporation System
1999 Bryan Street, #900
Dallas TX 75201

---

ISSUED THIS February 03, 2021
By: Katherine Edwards, Deputy Clerk

County Court at Law No. 2
100 W. Weatherford St., Room 250
Fort Worth, Tarrant County, Texas 76196-0401

Agency: ATTORNEY

E-FILED
TARRANT COUNTY, TEXAS
3/3/2021 2:16 PM
Mary Louise Nicholson
COUNTY CLERK
BY: LD L

## CAUSE NO. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE FERRELL** | § | **IN THE COUNTY COURT** |
| | § | |
| **VS.** | § | **AT LAW NO. 2 OF** |
| | § | |
| **SAM'S CLUB** | § | **TARRANT COUNTY, TEXAS** |

## DEFENDANT'S ORIGINAL ANSWER

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Sam's Club (incorrectly sued, correctly named "Sam's East, Inc."), Defendant in the above-entitled and numbered cause, and files its Original Answer to Plaintiff's Original Petition, and would respectfully show the Court as follows:

### I. GENERAL DENIAL

Defendant generally denies the allegations contained in Plaintiff's Original Petition, demands strict proof thereof, and says this is a matter for jury decision.

### II. RULE 193.7 NOTICE

Pursuant to TEXAS RULES OF CIVIL PROCEDURE 193.7, Defendant provides notice that it intends to use Plaintiff's production of all documents, tangible things and discovery items produced in response to discovery in any pre-trial proceeding or at trial.

### III. JURY DEMAND

Defendant further demands a trial by jury.

**WHEREFORE, PREMISES CONSIDERED,** Defendant prays that upon final hearing hereof, Plaintiff take nothing by this suit, that Defendant recover its costs, and that Defendant have such other and further relief, both at law and in equity, to which it may be justly entitled.

**Respectfully submitted**,

**COBB MARTINEZ WOODWARD** PLLC
1700 Pacific Avenue, Suite 3100
Dallas, TX  75201
(214) 220-5208 (direct phone)
(214) 220-5258 (direct fax)

By:       */s/ Bevan Rhine*
          **BEVAN RHINE**
          Texas Bar No. 24036265
          brhine@cobbmartinez.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this document has been forwarded to the following counsel for Plaintiff either by e-service, telefax, electronic mail, and/or regular U.S. mail on this 3rd day of March, 2021:

Moses Cage III
Kelly T. Curran Law Firm
Midtown Office Center
5720 LBJ Freeway, Suite 440
Dallas, TX  75240
469.730.3007 / fax 469.458.2993
e-service@ktclawfirm.com
moses@ktclawfirm.com

          */s/ Bevan Rhine*
          **BEVAN RHINE**

E-FILED
TARRANT COUNTY, TEXAS
3/9/2021 3:39 PM
Mary Louise Nicholson
COUNTY CLERK
BY: LD L

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant.* | § | **TARRANT COUNTY, TEXAS** |

## NOTICE OF FILING OF AFFIDAVITS

Dear Clerk:

Enclosed for e-filing are the following Affidavits:

1.  Affidavit of Cost of Services by Custodian Medical City North Hills;
2.  Medical Record Affidavit Medical City North Hills;
3.  Affidavit of Cost of Services by Custodian Questcare Medical Services;
4.  Affidavit of Cost of Services by Custodian Radiology Associates of North Texas;
5.  Affidavit of Cost of Services by Custodian Premier Injury Clinic of DFW Haltom City;
6.  Medical Record Affidavit Premier Injury Clinic of DFW Haltom City;
7.  Affidavit of Cost of Services by Custodian ASP Cares;
8.  Affidavit of Cost of Services by Custodian MDN, PA;
9.  Medical Record Affidavit MDN, PA;
10. Affidavit of Cost of Services by Custodian MRI Centers of Texas;
11. Medical Record Affidavit MRI Centers of Texas;
12. Affidavit of Cost of Services by Custodian Uptown Radiology Associates;
13. Affidavit of Cost of Services by Custodian Comprehensive Spine Center of Dallas;
14. Medical Record Affidavit Comprehensive Spine Center of Dallas;
15. Affidavit of Cost of Services by Custodian DFW Prescription Pharmacy;
16. Affidavit of Cost of Services by Custodian MetroPlex DME; and
17. Medical Record Affidavit MetroPlex DME

Respectfully submitted,

LAW OFFICES OF KELLY T. CURRAN
Midtown Office Center
5720 LBJ Freeway, Suite 440
Dallas, Texas 75240
(469) 730-3007 - Phone
(469) 458-2993 - Fax
E-mail moses@ktclawfirm.com
E-Service: e-service@ktclawfirm.com

BY: _____

Moses Cage III
State Bar No.  24055247
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

In accordance with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing document was forwarded on, Friday, March 5, 2021 to:

E-SERVICE & REGULAR MAIL
Bevan Rhine
COBB MARTINEZ WOODWARD, PLLC
1700 Pacific Avenue, Ste. 3100
Dallas, TX  75201

_____

Moses Cage III

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

### AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
### MEDICAL CITY NORTH HILLS

---

STATE OF TEXAS              §
                                            §
COUNTY OF BEXAR           §


## AFFIDAVIT OF RECORDS CUSTODIAN

Before me, the undersigned authority, personally appeared  **SHELLY SHAUT**, who, being by me duly sworn, deposed as follows:

       My name is **SHELLY SHAUT**.  I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

       I am a custodian of records for **MEDICAL CITY NORTH HILLS** ("Hospital"). Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that Hospital provided to **MICHELLE FERRELL** on **03/04/2020 TO 03/04/2020.** The attached records are a part of this affidavit.

       The attached records are kept by Hospital in the regular course of business, and it was the regular course of business of Hospital for an employee or representative of Hospital, with knowledge of the service provided, to make the record or to transmit information to be included in the record.  The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided.  The records are the original or a duplicate of the original.

       Pursuant to Texas Civil Practice & Remedies Code § 18.002(b-1), the services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

       The total amount paid for the services was **$503.88** and the amount currently unpaid but which Hospital has a right to be paid after any adjustments or credits is **$62.00**

** The amount paid and the amount the Hospital has a right to be paid may change pending potential payment from the patient's health insurance.

_____
Affiant


SWORN TO AND SUBSCRIBED before me on this ___22___ day of ___September___, 2020.

My commission expires:                   _____
                                    Notary Public, State of Texas

___06-15-2024___

                                    Printed Name Erica Hanysz



ERICA HANYSZ
Notary Public, State of Texas
Comm. Expires 06-15-2024
Notary ID 130702685

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## MEDICAL RECORD AFFIDAVIT
## MEDICAL CITY NORTH HILLS

---

**Patient:** MICHELLE FERRELL   **Medical Record Number:** N000636427   **eRequest ID:** 49101666

**Facility:** Medical City North Hills   **Phone Number:** 817-255-1703

**Address:** 4401 Booth Calloway Rd   **City/State:** North Richland Hills, TX   **Zip:** 76180

---

### CERTIFICATION OF MEDICAL RECORDS

Before me, the undersigned authority, personally appeared **Priscilla Garcia**

Who, being by me duly sworn, deposed as follows:

My name is **Priscilla Garcia**, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am the custodian of the medical records for _____ **Medical City North Hills** _____

Attached hereto are **68** pages of medical records.

These said **68** pages of medical records are kept by _____ **Medical City North Hills** _____ in the regular course of business, and it was in the regular course of business of _____ **Medical City North Hills** _____ for an employee or representative of _____ **Medical City North Hills** _____ with knowledge of the act, event, condition, opinion or diagnosis, was ordered to make the record or to transmit information thereof to be included in such records; and the records were made at or near the time of reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.

---

### CERTIFICATION OF NO RECORDS

☐ A thorough search of requested information carried out under my direction and control revealed that this facility does not have the records described in the patient authorization or the subpoena duces tecum.

---

### DECLARATION OF CUSTODIAN OF RECORDS

I, **Priscilla Garcia**, am the duly authorized Custodian of Records of the above named facility. I am familiar with the mode of preparation of, and have the authority to certify, the facility record. I declare under penalty of perjury under the laws of the State of ___ **Texas** ___, County of ___ **Tarrant** ___ that the foregoing is true and correct.

_Priscilla Garcia_ _____   **9/8/2020** _____
Signature                                              Date

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

Subscribed and sworn to me, a notary public in and for said county, this **8** Day of **September** 20 **20**

_Terena Springfield_
Notary Public
My commission expires: **April 17, 2023**

TERENA SPRINGFIELD
My Notary ID #130184404
Expires April 17, 2023

In states where a Notary is not required, this form will only include sig... ...date... ...custodian.

No. 2021-000799-2

| MICHELLE FERRELL, | § | IN THE COUNTY COURT |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW NO. 2 |
| | § | |
| SAM'S CLUB, | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## QUESTCARE MEDICAL SERVICES

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## QUESTCARE MEDICAL SVCS, PLLC

Before me, the undersigned notary, on this day personally appeared
_____Kiara Abner_____, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is _____Kiara Abner_____. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **QUESTCARE MEDICAL SVCS, PLLC.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **QUESTCARE MEDICAL SVCS, PLLC** provided to **Michelle  Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **QUESTCARE MEDICAL SVCS, PLLC** in the regular course of business, and it was the regular course of business of **QUESTCARE MEDICAL SVCS, PLLC** for an employee or representative of **QUESTCARE MEDICAL SVCS, PLLC** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ 047.33_____. The amount currently unpaid but for which **QUESTCARE MEDICAL SVCS, PLLC** has a right to be paid after any adjustments or credits is $ _____0_____."

_____
Signature of Affiant.

Sworn to and subscribed before me by _Kiara Abner_____ on Sept 1,
20 26.

_____
Notary Public in and for
the State of ~~Texas~~ PA
My commission expires: 4-18-24

Commonwealth of Pennsylvania - Notary Seal
Michelle Lewis, Notary Public
Montgomery County
My commission expires April 18, 2024
Commission number 1297710
Member, Pennsylvania Association of Notaries

9-16-2020-QED-13008417706-REQ-08729925

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

**AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN**
**RADIOLOGY ASSOCIATES OF NORTH TEXAS**

---

**AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN**
**RADIOLOGY ASSOCIATES OF NORTH TEXAS**

Before me, the undersigned notary, on this day personally appeared __Callie Gallemore__, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is __Callie Gallemore__. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **RADIOLOGY ASSOCIATES OF NORTH TEXAS.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **RADIOLOGY ASSOCIATES OF NORTH TEXAS** provided to **Michelle  Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **RADIOLOGY ASSOCIATES OF NORTH TEXAS** in the regular course of business, and it was the regular course of business of **RADIOLOGY ASSOCIATES OF NORTH TEXAS** for an employee or representative of **RADIOLOGY ASSOCIATES OF NORTH TEXAS** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $__130.02__. The amount currently unpaid but for which **RADIOLOGY ASSOCIATES OF NORTH TEXAS** has a right to be paid after any adjustments or credits is $__0.00__."

Signature of Affiant

Sworn to and subscribed before me by __Radiology Associates of North Texas__ on __August 18th__, 20_20_.

_____
Notary Public in and for
the State of Texas
My commission expires: __10/27/2021__

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## ASP CARES

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## ASP CARES

Before   me,   the   undersigned   notary,   on   this   day   personally   appeared
_Alma Loites_____, the affiant, whose identity is known to me. After I administered an
oath, affiant testified as follows:

1. "My name is _Alma Loites_____. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **ASP CARES.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **ASP CARES** provided to **Michelle  Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **ASP CARES** in the regular course of business, and it was the regular course of business of **ASP CARES** for an employee or representative of **ASP CARES** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $_____ 0 _____. The amount currently unpaid but for which **ASP CARES** has a right to be paid after any adjustments or credits is $ _749.00_____."

_____
Signature of Affiant

Sworn to and subscribed before me by _Alma  Loites_____ on _August_ 7
20_20_.

_____
Notary Public in and for
the State of Texas
My commission expires: _7·13·24_

BRENDA ANGELICA JUAREZ
Notary Public, State of Texas
Comm. Expires 07-13-2024
Notary ID 132565437

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## ASP CARES

Before me, the undersigned notary, on this day personally appeared
_Alma Loites_, the affiant, whose identity is known to me. After I administered an
oath, affiant testified as follows:

1. "My name is _Alma Loites_. I am over 18 years of age, of sound mind, and
capable of making this affidavit. The facts stated in this affidavit are within my personal
knowledge and are true and correct.

2. "I am the custodian of records for **ASP CARES.**

3. "Attached to this affidavit are records that contain an itemized statement of the service
and the charge for the service that **ASP CARES** provided to **Michelle  Ferrell**. The attached
records are a part of this affidavit.

4. "These records are kept by **ASP CARES** in the regular course of business, and it was the
regular course of business of **ASP CARES** for an employee or representative of **ASP CARES**
with knowledge of the service provided, to make these records or to transmit the information
to be included in them. The records were made at or near the time of the service or reasonably
soon after it was provided. The records attached to this affidavit are the originals or duplicates
of the originals.

5. "The service provided was necessary, and the amount charged for the service was
reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $_____. The amount currently
unpaid but for which **ASP CARES** has a right to be paid after any adjustments or credits is
$ _749.00_."

_____
Signature of Affiant

Sworn to and subscribed before me by _Alma  Loites_ on _August 7_
20_20_.

_____
Notary Public in and for
the State of Texas
My commission expires: _7·13·24_

BRENDA ANGELICA JUAREZ
Notary Public, State of Texas
Comm. Expires 07-13-2024
Notary ID 132565437

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

### AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
### MDN, PA

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN OF
## MDN, P.A.

STATE OF TEXAS §
COUNTY OF DALLAS §

Before me, the undersigned authority, personally appeared **Edwardo Dehoyos**, who, being by me duly sworn deposed as follows:

"My name is **Edwardo Dehoyos**. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated. I am a custodian of records of MDN, P.A. Attached to this affidavit are records that provide an itemized statement of the service and the charge for that service that MDN, P.A. provided to **Michelle Ferrell** on <u>3/23/2020</u>. The attached records are a part of this affidavit.

The attached records are kept by MDN, P.A. in the regular course of business, and it was the regular course of business of MDN, P.A. for an employee or representative of MDN, P.A., with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided. The total amount paid for the services was **$0.00** and the amount currently unpaid but which MDN, P.A. has a right to be paid after any adjustments or credits is **$1,095.00**.

_____
Affiant

SWORN TO and SUBSCRIBED before me by **Edwardo Dehoyos** on **08/28/2020**

_____
Notary Public in and for the State of Texas
**Stephanie Dehoyos**

My Commission expires: 1/06/2024

> STEPHANIE DIANA DEHOYOS
> Notary Public, State of Texas
> Comm. Expires 01-06-2024
> Notary ID 130487105

No. 2021-000799-2

| MICHELLE  FERRELL, | § | IN THE COUNTY COURT |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| v. | § | AT LAW NO. 2 |
| | § | |
| SAM'S CLUB, | § | |
| Defendant. | § | TARRANT COUNTY, TEXAS |

---

## MEDICAL RECORD AFFIDAVIT
## MDN, PA

---

**AFFIDAVIT OF MEDICAL RECORDS CUSTODIAN OF**
**MDN, P.A.**

STATE OF TEXAS       §
COUNTY OF DALLAS §

Before me, the undersigned authority, personally appeared **Edwardo Dehoyos**, who being by me duly sworn, deposed as follows:

1. "My name is **Edwardo Dehoyos**. I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated.

2. I am the custodian of records of MDN, P.A.. Attached to this affidavit are records of the medical services that MDN, P.A. provided to **Michelle Ferrell**. The attached records are a part of this affidavit.

3. The attached records are kept by MDN, P.A. in the regular course of business, and it was in the regular course of business of MDN, P.A. for an employee or representative of MDN, P.A., with knowledge of the act, event condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and record was made at or near the time or reasonably soon thereafter. The records attached to this affidavit are the original or exact duplicates of the original."

Affiant

SWORN TO and SUBSCRIBED before me by **Edwardo Dehoyos** on **08/28/2020**

Notary Public in and for the State of Texas
**Stephanie Dehoyos**

My Commission expires: 1/06/2024

STEPHANIE DIANA DEHOYOS
Notary Public, State of Texas
Comm. Expires 01-06-2024
Notary ID 130487105

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## MRI CENTERS OF TEXAS

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## MRI CENTERS OF TEXAS

---

Before me, the undersigned notary, on this day personally appeared _Sandra Webb_____, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is _Sandra Webb_____. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **MRI CENTERS OF TEXAS.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **MRI CENTERS OF TEXAS** provided to **Michelle Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **MRI CENTERS OF TEXAS** in the regular course of business, and it was the regular course of business of **MRI CENTERS OF TEXAS** for an employee or representative of **MRI CENTERS OF TEXAS** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ _0_____. The amount currently unpaid but for which **MRI CENTERS OF TEXAS** has a right to be paid after any adjustments or credits is $ _2,634.00_____."

_Sandra Webb_ (signature)
Signature of Affiant

Sworn to and subscribed before me by _Sandra Webb_____ on _october 20____,
20_20___.

_____
Notary Public in and for
the State of Texas
My commission expires: _06-14-2024_____

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## MEDICAL RECORD AFFIDAVIT
## MRI CENTERS OF TEXAS

---

## MEDICAL RECORD AFFIDAVIT
## MRI CENTERS OF TEXAS

Before me, the undersigned notary, on this day, personally appeared
_Sandra Webb_____, a person whose identity is known to me. After I administered an oath to
upon (his/her) oath, (he/she) stated:

1.      My name is _Sandra Webb_____. I am of sound mind and capable of making
this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.      I am the custodian of records of **MRI Centers of Texas** (hereinafter "the said Medical
Provider").  Attached to this affidavit are records from the said Medical Provider for services provided
to **Michelle  Ferrell**. These records are kept by the said Medical Provider in the regular course of
business, and it was the regular course of business of the said Medical Provider for an employee or
representative of the said Medical Provider, with knowledge of the act, event condition, opinion, or
diagnosis that was recorded, to make this record or to transmit the information to be included in this
record. The records were made at or near the time or reasonably soon after the act, event, condition,
opinion, or diagnosis that was recorded. The records attached to this affidavit are the original or exact
duplicated of the original.

_____
Signature of Affiant

Sworn to and subscribed before me by _Sandra Webb_____ on _October 20____,
20_20_ .

_____
Notary Public in and for
the State of Texas
My commission expires: _06-14-2024_____

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

### AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
### UPTOWN RADIOLOGY ASSOCIATES

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## UPTOWN RADIOLOGY ASSOCIATES

Before me, the undersigned notary, on this day personally appeared KANJA FERNANDA , the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is KANJA FERNANDA . I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **UPTOWN RADIOLOGY ASSOCIATES.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **UPTOWN RADIOLOGY ASSOCIATES** provided to **Michelle Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **UPTOWN RADIOLOGY ASSOCIATES** in the regular course of business, and it was the regular course of business of **UPTOWN RADIOLOGY ASSOCIATES** for an employee or representative of **UPTOWN RADIOLOGY ASSOCIATES** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ _____ . The amount currently unpaid but for which **UPTOWN RADIOLOGY ASSOCIATES** has a right to be paid after any adjustments or credits is $ 596.00 ."

Signature of Affiant

Sworn to and subscribed before me by KANJA FERNANDE on AUGUST 5TH 20 18

LORI MAI PHAM
Notary Public, State of Texas
Comm. Expires 02-02-2022
Notary ID 131434483

Notary Public in and for
the State of Texas
My commission expires: 2/2/22

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## COMPREHENSIVE SPINE CENTER OF DALLAS

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## COMPREHENSIVE SPINE CENTER OF DALLAS

Before me, the undersigned notary, on this day personally appeared
_Jennifer Chavez_, the affiant, whose identity is known to me. After I administered an
oath, affiant testified as follows:

1. "My name is _Jennifer Chavez_. I am over 18 years of age, of sound mind, and
capable of making this affidavit. The facts stated in this affidavit are within my personal
knowledge and are true and correct.

2. "I am the custodian of records for **COMPREHENSIVE SPINE CENTER OF
DALLAS.**

3. "Attached to this affidavit are records that contain an itemized statement of the service
and the charge for the service that **COMPREHENSIVE SPINE CENTER OF DALLAS**
provided to **Michelle  Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **COMPREHENSIVE SPINE CENTER OF DALLAS** in the
regular course of business, and it was the regular course of business of **COMPREHENSIVE
SPINE CENTER OF DALLAS** for an employee or representative of **COMPREHENSIVE
SPINE CENTER OF DALLAS** with knowledge of the service provided, to make these
records or to transmit the information to be included in them. The records were made at or near
the time of the service or reasonably soon after it was provided. The records attached to this
affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was
reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ _0.00_____. The amount currently
unpaid but for which **COMPREHENSIVE SPINE CENTER OF DALLAS** has a right to be
paid after any adjustments or credits is $ _2,245.00_____."

_Jennifer Chavez_
Signature of Affiant

Sworn to and subscribed before me by _Jennifer Chavez_ on _13th August_
20 _21_

Notary Public in and for
the State of Texas
My commission expires: _August 12, 2022_

CYNTHIA ANN MILLER
Notary Public, State of Texas
Comm. Expires 08-12-2022
Notary ID 129917321

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## MEDICAL RECORD AFFIDAVIT
## COMPREHENSIVE SPINE CENTER OF DALLAS

---

## MEDICAL RECORD AFFIDAVIT
## COMPREHENSIVE SPINE CENTER OF DALLAS

Before me, the undersigned notary, on this day, personally appeared Jennifer Chavez, a person whose identity is known to me. After I administered an oath to upon (his/her) oath, (he/she) stated:

1. My name is Jennifer Chavez, I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2. I am the custodian of records of **Comprehensive Spine Center of Dallas** (hereinafter "the said Medical Provider"). Attached to this affidavit are records from the said Medical Provider for services provided to **Michelle Ferrell**. These records are kept by the said Medical Provider in the regular course of business, and it was the regular course of business of the said Medical Provider for an employee or representative of the said Medical Provider, with knowledge of the act, event condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The records were made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the original or exact duplicated of the original.

Jennifer Chavez
Signature of Affiant

Sworn to and subscribed before me by Jennifer G. Chavez on 13th August 20 20

Notary Public in and for
the State of Texas
My commission expires: August 12, 2022

CYNTHIA ANN MILLER
Notary Public, State of Texas
Comm. Expires 08-12-2022
Notary ID 129917321

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## DFW PRESCRIPTION PHARMACY

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## DFW PRESCRIPTION PHARMACY

Before me, the undersigned notary, on this day personally appeared _Joseph Harmison_ the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is _Joseph Harmison_. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **DFW PRESCRIPTION PHARMACY.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **DFW PRESCRIPTION PHARMACY** provided to **Michelle Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **DFW PRESCRIPTION PHARMACY** in the regular course of business, and it was the regular course of business of **DFW PRESCRIPTION PHARMACY** for an employee or representative of **DFW PRESCRIPTION PHARMACY** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ _0_. The amount currently unpaid but for which **DFW PRESCRIPTION PHARMACY** has a right to be paid after any adjustments or credits is $ _235.32_."

_____
Signature of Affiant

Sworn to and subscribed before me by _Joseph Harmison_ on _August 10th_, 20_20_.

_____
Notary Public in and for
the State of Texas
My commission expires: _10-7-2024_

CATHERINE JANICE SMITH
My Notary ID # 10457025
Expires October 7, 2024

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## METROPLEX DME

---

**AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN**
**METROPLEX DME**

Before me, the undersigned notary, on this day personally appeared
Jennifer Chavez, the affiant, whose identity is known to me. After I administered an
oath, affiant testified as follows:

1. "My name is _Jennifer Chavez_ I am over 18 years of age, of sound mind, and
capable of making this affidavit. The facts stated in this affidavit are within my personal
knowledge and are true and correct.

2. "I am the custodian of records for **METROPLEX DME.**

3. "Attached to this affidavit are records that contain an itemized statement of the service
and the charge for the service that **METROPLEX DME** provided to **Michelle Ferrell**. The
attached records are a part of this affidavit.

4. "These records are kept by **METROPLEX DME** in the regular course of business, and
it was the regular course of business of **METROPLEX DME** for an employee or
representative of **METROPLEX DME** with knowledge of the service provided, to make these
records or to transmit the information to be included in them. The records were made at or near
the time of the service or reasonably soon after it was provided. The records attached to this
affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was
reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $ _0.00_____. The amount currently
unpaid but for which **METROPLEX DME** has a right to be paid after any adjustments or
credits is $ _645.00_____."

_Jennifer Chavez_
Signature of Affiant

Sworn to and subscribed before me by _Jennifer Chavez_ on _13th August_
20 _22._

Notary Public in and for
the State of Texas
My commission expires: _August 12, 2022_

CYNTHIA ANN MILLER
Notary Public, State of Texas
Comm. Expires 08-12-2022
Notary ID 129917321

No. 2021-000799-2

| MICHELLE  FERRELL, | § | IN THE COUNTY COURT |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | AT LAW NO. 2 |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | TARRANT COUNTY, TEXAS |

---

## MEDICAL RECORD AFFIDAVIT
## METROPLEX DME

---

## MEDICAL RECORD AFFIDAVIT
## METROPLEX DME

Before me, the undersigned notary, on this day, personally appeared
_Jennifer Chavez_, a person whose identity is known to me. After I administered an oath to
upon (his/her) oath, (he/she) stated:

1.    My name is _Jennifer Chavez_. I am of sound mind and capable of making
this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.    I am the custodian of records of **Metroplex DME** (hereinafter "the said Medical
Provider"). Attached to this affidavit are records from the said Medical Provider for services provided
to **Michelle Ferrell**. These records are kept by the said Medical Provider in the regular course of
business, and it was the regular course of business of the said Medical Provider for an employee or
representative of the said Medical Provider, with knowledge of the act, event condition, opinion, or
diagnosis that was recorded, to make this record or to transmit the information to be included in this
record. The records were made at or near the time or reasonably soon after the act, event, condition,
opinion, or diagnosis that was recorded. The records attached to this affidavit are the original or exact
duplicated of the original.

_Jennifer Chavez_
Signature of Affiant

Sworn to and subscribed before me by _Jennifer Chavez_ on 13th August
20 _20_

Notary Public in and for
the State of Texas
My commission expires: _August 12, 2022_

CYNTHIA ANN MILLER
Notary Public, State of Texas
Comm. Expires 08-12-2022
Notary ID 129917321

E-FILED
TARRANT COUNTY, TEXAS
3/10/2021 12:25 PM
Mary Louise Nicholson
COUNTY CLERK
BY: LD L

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant.* | § | **TARRANT COUNTY, TEXAS** |

---

## NOTICE OF FILING OF AFFIDAVITS

---

Dear Clerk:

Enclosed for e-filing are the following Affidavits:

1. Affidavit of Cost of Services by Custodian Premier Injury Clinic of DFW Haltom City; and
2. Medical Record Affidavit Premier Injury Clinic of DFW Haltom City

Respectfully submitted,

LAW OFFICES OF KELLY T. CURRAN
Midtown Office Center
5720 LBJ Freeway, Suite 440
Dallas, Texas 75240
(469) 730-3007 - Phone
(469) 458-2993 - Fax
E-mail: moses@ktclawfirm.com
E-Service: e-service@ktclawfirm.com

BY: _____
Moses Cage III
State Bar No.  24055247
ATTORNEY FOR PLAINTIFF

**<u>CERTIFICATE OF SERVICE</u>**

      In accordance with Rule 21a of the Texas Rules of Civil Procedure, I hereby certify that a true and correct copy of the above and foregoing document was forwarded on, Wednesday, March 10, 2021 to:

     <u>E-SERVICE & REGULAR MAIL</u>
     Bevan Rhine
     COBB MARTINEZ WOODWARD, PLLC
     1700 Pacific Avenue, Ste. 3100
     Dallas, TX  75201

                              Moses Cage III

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## PREMIER INJURY CLINIC OF DFW HALTOM CITY

---

## AFFIDAVIT OF COST OF SERVICES BY CUSTODIAN
## PREMIER INJURY CLINIC OF DFW HALTOM CITY

Before me, the undersigned notary, on this day personally appeared ꙴꙴꙴꙴꙴ Rodnꙴ the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Stephanie Rodnguez I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. "I am the custodian of records for **PREMIER INJURY CLINIC OF DFW HALTOM CITY.**

3. "Attached to this affidavit are records that contain an itemized statement of the service and the charge for the service that **PREMIER INJURY CLINIC OF DFW HALTOM CITY** provided to **Michelle Ferrell**. The attached records are a part of this affidavit.

4. "These records are kept by **PREMIER INJURY CLINIC OF DFW HALTOM CITY** in the regular course of business, and it was the regular course of business of **PREMIER INJURY CLINIC OF DFW HALTOM CITY** for an employee or representative of **PREMIER INJURY CLINIC OF DFW HALTOM CITY** with knowledge of the service provided, to make these records or to transmit the information to be included in them. The records were made at or near the time of the service or reasonably soon after it was provided. The records attached to this affidavit are the originals or duplicates of the originals.

5. "The service provided was necessary, and the amount charged for the service was reasonable at the time and place that the service was provided.

6. "The total amount paid for the service was $_____∅_____. The amount currently unpaid but for which **PREMIER INJURY CLINIC OF DFW HALTOM CITY** has a right to be paid after any adjustments or credits is $____9 040.00____."

_Stephanie Rodriguez_
Signature of Affiant

Sworn to and subscribed before me by ꙴꙴꙴꙴꙴ Rodnꙴꙴ on ꙴꙴꙴꙴꙴ 14 20___

NOEMY OLIVAS
Notary Public, State of Texas
Comm. Expires 05-27-2022
Notary ID 129830646

Notary Public in and for
the State of Texas
My commission expires: ꙴꙴꙴꙴꙴꙴ

No. 2021-000799-2

| | | |
|---|---|---|
| **MICHELLE  FERRELL,** | § | **IN THE COUNTY COURT** |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **SAM'S CLUB,** | § | |
| *Defendant*. | § | **TARRANT COUNTY, TEXAS** |

---

## MEDICAL RECORD AFFIDAVIT
## PREMIER INJURY CLINIC OF DFW HALTOM CITY

---

## MEDICAL RECORD AFFIDAVIT
## PREMIER INJURY CLINIC OF DFW HALTOM CITY

Before    me,    the    undersigned    notary,    on    this    day,    personally    appeared
~Stephanie Rodriguez~ a person whose identity is known to me. After I administered an oath to upon (his/her) oath, (he/she) stated:

1.      My name is ~Stephanie Rodriguez~. I am of sound mind and capable of making this affidavit. I have personal knowledge of the facts stated in this affidavit, and they are true and correct.

2.      I am the custodian of records of **Premier Injury Clinic of DFW Haltom City** (hereinafter "the said Medical Provider"). Attached to this affidavit are records from the said Medical Provider for services provided to **Michelle Ferrell**. These records are kept by the said Medical Provider in the regular course of business, and it was the regular course of business of the said Medical Provider for an employee or representative of the said Medical Provider, with knowledge of the act, event condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The records were made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the original or exact duplicated of the original.

_____
Signature of Affiant

Sworn to and subscribed before me by ~Stephanie Rodriguez~ on ~February 18~ 20~21~.

_____
Notary Public in and for
the State of Texas
My commission expires: ~May 27 2022~

NOEMY OLIVAS
Notary Public, State of Texas
Comm. Expires 05-27-2022
Notary ID 129830646