IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MICHELLE FERRELL | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | 4:21-CV-00429-O |
| | § | |
| SAM'S CLUB | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Michelle Ferrell, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismisses her claims in this lawsuit with prejudice, with each party to bear its own costs of court and attorney's fees. Plaintiff, by signature of her counsel below, stipulates to this dismissal with prejudice. Defendant Sam's Club (incorrectly named, correctly named Sam's Club East, Inc.), by signature of its counsel below, stipulates to this dismissal with prejudice.

| | |
|---|---|
| */s/ Moses Cage* | */s/ Virginia Cox* |
| **MOSES CAGE** | **VIRGINIA COX** |
| Texas State Bar No. 24055247 | Texas Bar No. 24106130 |
| moses@ktclawfirm.com | vcox@cobbmartinez.com |
| | |
| **KELLY T. CURRAN LAW FIRM** | **COBB MARTINEZ WOODWARD PLLC** |
| 5720 LBJ Freeway, Suite 440 | 1700 Pacific Avenue, Suite 3100 |
| Dallas, Texas 75240 | Dallas, Texas 75201 |
| Telephone: 469.730.3007 | Telephone: 214.220.5229 |
| Facsimile: 469.458.2993 | Facsimile: 214.220.5299 |
| | |
| *Attorney for Plaintiff Michelle Ferrell* | *Attorney for Defendant Sam's Club East, Inc.* |